# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2018

157427

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MELVIN MARTIN THOMAS,
      Defendant-Appellant.

SC: 157427
COA: 335182
Wayne CC: 16-002318-FC

_____/

      On order of the Court, the application for leave to appeal the March 1, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2018



Clerk

p1114